April 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MANZOOR MEMON, Appellant

NO. 14-12-00015-CV                          V.

HAROON SHAIKH, Appellee

_____

This cause, an appeal from the judgment signed October 3, 2011 in favor of appellee Haroon Shaikh, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Manzoor Memon to pay all costs incurred in this appeal.

We further order this decision certified below for observance.